**ALAN M. NELSON**
ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354
E-mail: anelsonlaw@aol.com

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

February 5, 2020

Hon. Jessie M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

> Application DENIED without prejudice to renew via the Court's CJA eVoucher system. The Clerk of Court is directed to terminate Doc. #443. SO ORDERED.
>
> February 5, 2020

Re: United States v. Pavels Berncs, et al
    16 CR 692(JMF)

Dear Judge Furman:

As the court is aware I had previously been appointed to represent the defendant Pavels Berncs in the above captioned matter. Mr. Berncs, who was extradited from Finland, is a citizen of Latvia and is Russian speaking.

As the Court might recall Mr. Berncs provided a detailed statement while in custody in Finland. The statement was made in an unusual manner in that two interpreters were utilized translating from English into Finnish and from Finnish into Russian. The answers were then translated back from Russian into English in the same manner.

Counsel submitted a fully translated transcript of the interview as part of the sentencing memorandum for purposes of demonstrating Mr. Berncs' initial cooperation in the investigation and extraordinary acceptance of responsibility. The transcript was indeed considered by the Court in imposing sentence.

Please accept this correspondence as a request for the Court to authorize funds pursuant to the CJA Act for the prior translation and transcription of: (1) the Plea Agreement and (2) the transcript of Mr. Berncs statement in Finland.

I annex the Invoice for each, which I have reviewed for accuracy and the amount allocated pursuant to the CJA Act. Accordingly, I respectfully request the Court endorse this letter facilitating the payment of Eastlink Translations for the instant services.

Respectfully submitted,

Alan Nelson, Esq.

SO ORDERED: _____
HON. JESSIE M. FURMAN, U.S.D.J

**Eastlink Translations**
c/o Yana Agoureev
232 West Street
Morris CT 06763
Tax ID# 56-2648668

INVOICE #1/19

June 9, 2019

**1. Job Description: Translation of Plea Agreement from English to Russian for the benefit of the Client**

2. Days/Hours:
**2,714 words at $0.25**

    3. Amount: **$678.50**

    4. Expenses: N/A

    5. **Amount due: $678.50**

**Total amount due: $678.50**

Please make check payable to Eastlink Translations

Thank you
Yana Agoureev

**Eastlink Translations**
**c/o Yana Agoureev**
**232 West Street**
**Morris CT 06763**
**Tax ID# 56-2648668**

**INVOICE #2/19**

October 15, 2019

**1. Job Description: Transcription and Translation of Interrogation Tape from Russian into English (multilanguage interrogation conducted in Finland)**

**2. Days/Hours: June 15 – October 15, 2019**
    210 minutes of recorded interrogation/ 9 files /176 pages

   **3. Rate: $75 per hour**
   **4. Hours: 120 hours**

   4. Expenses: N/A

   **5. Amount due: $9,000.00**

**Total amount due: $9,000.00**
Please make check payable to Eastlink Translations

Thank you
Yana Agoureev